**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6784

FRANKIE MILLER, a/k/a Frankie Miller-El,

Plaintiff - Appellant,

v.

T. JARRELL, Lieutenant Colonel; W. JARRETT, Assistant Warden; W. TEACHEY, Major; J. STITH, Lieutenant; W. JOYNER, Lieutenant; R. TIMMONS; J. EVERETTE; R. NEVILLE; B. BURNSIDE, Correction Officer; E. PEARSON, Warden,

Defendants - Appellees,

and

K. PHILLIPS; C. PUTNEY; C. BOONE; G. HOLLOWAY; TALBOT; H. CLARKE,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:18-cv-00091-MSD-DEM)

Submitted: November 17, 2022                    Decided: November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frankie M. Miller, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Frankie M. Miller, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Jarrell*, No. 2:18-cv-00091-MSD-DEM (E.D. Va. Mar. 19, 2021; filed July 6, 2022 & entered July 7, 2022). We deny Miller's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*